IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSHUA LEWIS, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>MAVERICK TRANSPORTATION LLC and LYTX, INC.,<br><br>Defendants. | No. 3:22-cv-00046-NJR<br>Hon. Chief Judge Nancy J. Rosenstengel |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT WITH DEFENDANT
MAVERICK TRANSPORTATION LLC[1]**

Plaintiff, Joshua Lewis, by and through undersigned counsel, and pursuant to Rule 23 of the Federal Rules of Civil Procedure, respectfully moves this Court for entry of an order providing the following: (i) provisionally certifying the proposed Settlement Class under Federal Rules of Civil Procedure 23(a) and 23(b)(3); (ii) appointing Plaintiff as Settlement Class Representative of the Settlement Class; (iii) appointing Carney Bates & Pulliam, PLLC as Settlement Class Counsel for the Settlement Class; (iv) preliminarily approving the settlement (the "Settlement") reached between Plaintiff and Defendant Maverick Transportation LLC; (v) approving the timing, form, content, and manner of the giving of notice of the Settlement to the members of the Settlement Class; and (vi) setting a hearing date (the "Final Fairness Hearing") to consider the final approval

---

[1] The proposed Class Action Settlement pertains to and is entered into to resolve all disputes among Plaintiff, the proposed Settlement Class and Defendant Maverick Transportation LLC. Plaintiff's and Settlement Class members' claims against Defendant Lytx, Inc. ("Lytx") remain ongoing and are not part of the proposed Settlement.

of the Settlement and Settlement Class Counsel's application for an award of attorneys' fees and a service award to the Settlement Class Representative. Plaintiff has conferred with counsel for Defendant and this motion is unopposed.

A proposed form of order preliminarily approving the proposed Settlement is being tendered as Ex. A to the Settlement Agreement, which is attached hereto as Exhibit 1.

Dated: September 2, 2022                Respectfully submitted,

/s/ Randall K. Pulliam
Randall K. Pulliam, (admitted pro hac vice)
rpulliam@cbplaw.com
Samuel R. Jackson (admitted pro hac vice)
sjackson@cbplaw.com
CARNEY BATES AND PULLIAM, PLLC
519 West 7th Street
Little Rock, AR 72201
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

and

NICK LARRY LAW LLC
8 S. Michigan Ave., Suite 2600
Chicago, IL 60603
Telephone: 773.694.4669
Facsimile: 773.694.4691
nick@nicklarry.law

*Attorneys for Plaintiff and the Proposed Settlement Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 2, 2022, a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF filing system, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

                                                    */s/ Randall K. Pulliam*
                                                    Randall K. Pulliam