## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOSHUA LEWIS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.  3:22-cv-00046-NJR |
| MAVERICK TRANSPORTATION LLC and LYTX, INC., | ) ) ) | Hon. Chief Judge Nancy J. Rosenstengel |
| Defendants. | ) ) | |

## <u>DEFENDANT LYTX, INC.'S MOTION TO DISMISS</u>

Defendant Lytx, Inc. ("Lytx") respectfully moves the Court to dismiss Plaintiff's Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6). Lytx has set forth the bases for dismissal in an accompanying Memorandum.

WHEREFORE, Lytx, Inc. respectfully requests the Court enter an Order dismissing the Class Action Complaint with prejudice, and for any other further relief the Court deems appropriate.

Dated:  December 19, 2022

Respectfully submitted,

LYTX, INC.

By: */s/Melissa A. Siebert*

Melissa A. Siebert
Matthew C. Wolfe
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Tel:  (312) 704-7700
Fax:  (312) 558-1195
masiebert@shb.com
mwolfe@shb.com

Michael Rayfield (*pro hac vice* forthcoming)

Shook, Hardy & Bacon LLP
1325 Avenue of the Americas
New York, N.Y. 10019
Tel: (212) 779-6110
mrayfield@shb.com

Anna A. El-Zein (*pro hac vice* forthcoming)
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO  64108
Tel: (816) 474-6550
aelzein@shb.com

**Attorneys for Defendant Lytx, Inc.**

## CERTIFICATE OF SERVICE

I, Melissa A. Siebert, an attorney, hereby certify that on December 19, 2022, I caused a true and correct copy of the foregoing document to be filed with the Clerk through the Court's CM/ECF System, which will send electronic notification to all counsel of record.

_/s/ Melissa A. Siebert_