**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

JOSHUA LEWIS, individually and on behalf
of all others similarly situated

                                                        No. 3:22-cv-00046-NJR
                                                        Hon. Chief Judge Nancy J.  Rosenstengel

                    Plaintiff,

        v.

MAVERICK TRANSPORTATION LLC and
LYTX, INC.,

                    Defendants.

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL**
**OF CLASS ACTION SETTLEMENT WITH DEFENDANT**
**LYTX, INC.[1]**

Plaintiffs Joshua Lewis, James Cavanaugh, and Nathaniel Timmons by and through

undersigned counsel, and pursuant to Rule 23 of the Federal Rules of Civil Procedure, respectfully

move this Court for entry of an order providing the following: (i) provisionally certifying the

proposed Settlement Class under Federal Rules of Civil Procedure 23(a) and 23(b)(3); (ii)

appointing Plaintiffs as Settlement Class Representatives of the Settlement Class; (iii) appointing

Carney Bates & Pulliam, PLLC, Lieff Cabraser Heimann & Bernstein LLP, Werman Salas P.C.,

Workplace Law Partners, P.C., Milberg Coleman Bryson Phillips Grossman, PLLC, and Nick

Larry Law LLC, as Settlement Class Counsel for the Settlement Class; (iv) granting leave to amend

the complaint in this matter to include Plaintiffs Cavanaugh and Timmons and to amend the class

definition; (v) preliminarily approving the settlement (the "Settlement") reached between Plaintiff

and Defendant Lytx, Inc.; (vi) approving the timing, form, content, and manner of the giving of

---

[1] All claims brought against Defendant Maverick Transportation LLC were fully and finally
resolved on March 9, 2023. Dkt. 63.

notice of the Settlement to the members of the Settlement Class; and (vii) setting a hearing date (the "Final Fairness Hearing") to consider the final approval of the Settlement and Settlement Class Counsels' application for an award of attorneys' fees and a service award to the Settlement Class Representatives. Plaintiffs have conferred with counsel for Defendant and this motion is unopposed.

A proposed form of order preliminarily approving the proposed Settlement is being tendered as Ex. A to the Settlement Agreement.

Dated:  November 22, 2024

*/s/ Randall K. Pulliam*
Randall K. Pulliam (admitted *pro hac vice*)
rpulliam@cbplaw.com
Samuel R. Jackson (admitted *pro hac vice*)
sjackson@cbplaw.com
CARNEY BATES AND PULLIAM, PLLC
One Allied Drive, Suite 1400
Little Rock, AR 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

J. Dominick Larry (IARDC #6309519)
nick@nicklarry.law
NICK LARRY LAW LLC
1720 W. Division St.
Chicago, IL 60622
Telephone: (773) 694-4669
Facsimile: (773) 694-4691

Jason L. Lichtman (admitted *pro hac vice*)
jlichtman@lchb.com
Sean A. Petterson (admitted *pro hac vice*)
spetterson@lchb.com
LIEFF CABRASER
HEIMANN & BERNSTEIN LLP
250 Hudson St., 8th Floor
New York, New York 10013
(212) 355-9500

Douglas M. Werman
dwerman@flsalaw.com
WERMAN SALAS P.C.

2

77 W. Washington Street, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

David Fish
dfish@fishlawfirm.com
WORKPLACE LAW PARTNERS, P.C.
111 E. Wacker Dr., Suite 2300
Chicago, IL 60601
(312) 861-1800

Gary M. Klinger
gklinger@milberg.com
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street,
Suite 2100
Chicago, IL 60606
(866) 252-0878

*Attorneys for Plaintiffs and the Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 22, 2024, a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF filing system, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

<u>/s/ Randall K. Pulliam</u>
Randall K. Pulliam