IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSHUA LEWIS, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>MAVERICK TRANSPORTATION LLC and LYTX, INC.,<br><br>Defendants. | No. 3:22-cv-00046-NJR<br>Hon. Chief Judge Nancy J. Rosenstengel |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT WITH DEFENDANT
LYTX, INC.[1]**

Plaintiffs Joshua Lewis, James Cavanaugh, and Nathaniel Timmons by and through undersigned counsel and in accord with the Settlement Agreement (ECF No. 125) ("Settlement Agreement") and this Court's Preliminary Approval Order (ECF No. 126) ("Preliminary Approval Order"), hereby request the Court grant final approval of the settlement (the "Settlement") of the above-referenced action (the "Action"). Specifically, Plaintiffs respectfully request this Court enter an order, substantially in the form of the proposed order attached as Exhibit F to the Settlement Agreement, as amended and attached as Exhibit A to this Motion for Final Approval: (i) granting final approval of the Settlement as fair, reasonable, and adequate; (ii) granting final certification to the Settlement Class; (iii) finding that the notice program as set forth in ¶¶ 17-24 of the Settlement Agreement and effectuated pursuant to the Preliminary Approval Order satisfies

---

[1] All claims brought against Defendant Maverick Transportation LLC were fully and finally resolved on March 9, 2023. Dkt. 63.

the requirements of Federal Rule of Civil Procedure 23(e) and due process and constitutes the best notice practicable under the circumstances; and (iv) entering final judgment.

In support thereof, Plaintiffs are contemporaneously filing a Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, the Declaration of Brandon Schwartz of EisnerAmper Regarding Notice Plan Implementation and Settlement Administration, and a Proposed Final Approval Order and Judgment.

Dated: July 10, 2025                                  Respectfully submitted,

/s/ Randall K. Pulliam
Randall K. Pulliam (admitted *pro hac vice*)
rpulliam@cbplaw.com
Samuel R. Jackson (admitted *pro hac vice*)
sjackson@cbplaw.com
CARNEY BATES AND PULLIAM, PLLC
One Allied Drive, Suite 1400
Little Rock, AR 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

J. Dominick Larry
nick@nicklarry.law
NICK LARRY LAW LLC
1720 W. Division St.
Chicago, IL 60622
Telephone: (773) 694-4669
Facsimile: (773) 694-4691

Jason L. Lichtman (admitted *pro hac vice*)
jlichtman@lchb.com
Sean A. Petterson (admitted *pro hac vice*)
spetterson@lchb.com
LIEFF CABRASER
HEIMANN & BERNSTEIN LLP
250 Hudson St., 8th Floor
New York, NY 10013
Telephone: (212) 355-9500

Douglas M. Werman
dwerman@flsalaw.com
WERMAN SALAS P.C.

77 W. Washington Street, Suite 1402
Chicago, IL 60602
Telephone: (312) 419-1008

David Fish
dfish@fishlawfirm.com
WORKPLACE LAW PARTNERS, P.C.
111 E. Wacker Dr., Suite 2300
Chicago, IL 60601
Telephone: (312) 861-1800

Gary M. Klinger
gklinger@milberg.com
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878

*Attorneys for Plaintiffs and the Class*

### CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2025, a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF filing system, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

*/s/ Randall K. Pulliam*
Randall K. Pulliam