IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSHUA LEWIS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MAVERICK TRANSPORTATION LLC, and LYTX, INC.,<br><br>    Defendants. | Case No. 3:22-CV-00046-NJR |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of July 25, 2025 (Doc. 138), reflecting final approval of the class action settlement in this case, this entire action is **DISMISSED with prejudice.**

DATED:  July 25, 2025

> MONICA A. STUMP,
> Clerk of Court
>
> By: *s/ Deana Brinkley*
>       Deputy Clerk

APPROVED: _____
**NANCY J. ROSENSTENGEL**
Chief U.S. District Judge